C. A. No. 75-152. STATE v. RUSSELL R. KEEGAN, JR. Motion of State to dismiss the appeal of defendant is granted. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff. *Nugent & Nugent, J. Joseph Nugent, Jr.*, for defendant.

C. A. Nos. 75-292, 293. STATE v. FRANCIS J. PAQUETTE. STATE v. WILLIAM A. PETRARCA. Motion of State to consolidate above-identified appeals is granted. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff. *William F. Reilly*, Public Defender, *Benedetto A. Cerilli, Jr.*, Asst. Public Defender, for defendants.

APPEAL No. 74-111. AIR-LITE PRODUCTS, INC. v. GILBANE BUILDING COMPANY et al. ELIZABETH D. HOLMES et al. v. GILBANE BUILDING COMPANY et al. Motion of defendant Gilbane Building Company for transmittal of the record to Providence County Superior Court is denied as being moot. *Gunning, LaFazia, Gnys & Selya, J. Renn Olenn*, for Air-Lite Products, Inc. *Tillinghast, Collins & Graham, Edward J. Regan*, for Elizabeth D. Holmes, plaintiffs. *Higgins & Slattery, Robert J. Dumouchel*, for Gilbane Building Company, defendant.

APPEAL No. 74-285. CHARLES L. JONES v. GRINNELL CORPORATION. Motion of Raul L. Lovett for leave to intervene is denied. See *Mansolillo v. Taft*, 113 R. I. 320, 320 A.2d 607 (1974). However, permission to participate in the proceedings by filing an amicus curiae brief is granted. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik*, for petitioner. *Joseph A. Kelly*, for Raul L. Lovett. *Anderson & Kane, Charles H. Anderson*, for respondent.

APPEAL No. 75-37. MARTHA SAUNDERS v. HOWARD REALTY COMPANY et al. Motion of defendants to affirm the judgment below pursuant to Rule 16(g) is denied. *David Hassenfeld, James J. McGair*, for plaintiff. *Higgins, Cavanagh & Cooney, James M. Micali*, for defendants.